SEDGWICK, DETERT, MORAN & ARNOLD LLP
WAYNE A. WOLFF (Bar No. 161351)
KEVIN R. COSTELLO (Bar No. 199989)
JOHN G. GHERINI (Bar No. 220981)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
JESSE GONZALES, by and through
his employer and real party in interest
THE AMERICAN NATIONAL RED CROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA AVILA, | CASE NO. C 05 4343 MMC |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION RE DISMISSAL |
| v. | |
| JESSE GONZALES, AMERICAN RED CROSS AND DOES 1 TO 50, | |
| Defendant. | |

Plaintiff Rosanna Avila and Defendant Jesse Gonzales, by and through his employer and real party in interest, The American National Red Cross, hereby mutually agree and stipulate on behalf of themselves and the parties represented by them that:

1. They are each authorized to enter into this stipulation;

2. This stipulation represents the stipulation of all parties to this action, within the meaning of Federal Rules of Civil Procedure, Rule 41(a);

3. Plaintiff and Defendants have reached and concluded a full resolution of all issues in the litigation; and

4. Based on said resolution, Plaintiff dismisses the entire action as to all parties with prejudice, each party to bear his, her and its own costs.

The Clerk is requested to enter the dismissal accordingly.

DATED: May 2, 2006     LAW OFFICES OF OTUS & ASSOCIATES

By: _____
Steve Roberts, Esq.
Attorneys for Plaintiff
ROSANNA AVILA

DATED: April 18, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
John G. Gherini
Attorneys for Defendant
JESSE GONZALES, by and through
his employer and real party in interest
THE AMERICAN NATIONAL RED CROSS

**ORDER**

IT IS SO ORDERED.

Dated: June 1, 2006

_____
UNITED STATES DISTRICT COURT JUDGE